ADAM GARSON (Bar No. 240440)
adam@gazpat.com
JOSH EMORY (Bar No. 247398)
josh@gazpat.com
**GAZDZINSKI & ASSOCIATES, PC**
16644 West Bernardo Drive, Suite 201
San Diego, CA  92127
Telephone:  (858) 675-1670
Facsimile:  (858) 675-1674

Attorneys for Plaintiff
WEST VIEW RESEARCH, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST VIEW RESEARCH, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, LTD., a South Korean corporation; HYUNDAI MOTOR AMERICA, INC., a California corporation; and HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, a Delaware corporation,<br><br>Defendants. | CASE NO. **'14CV2675 GPC JMA**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

This is an action for patent infringement in which Plaintiff West View Research, LLC ("West View Research" or "Plaintiff") makes the following allegations against Defendants HYUNDAI MOTOR COMPANY, LTD., HYUNDAI MOTOR AMERICA, INC. and HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC (collectively "HYUNDAI" or "Defendants") as follows:

# THE PARTIES

1. Plaintiff West View Research is a limited liability company organized under the laws of the State of California with a principal place of business at 16644 West Bernardo Drive, Suite 201-A, San Diego, California 92127.

2. Upon information and belief, Defendant HYUNDAI MOTOR COMPANY, LTD. is a corporation organized under the laws of South Korea, with its principal place of business at 231 Yangjae-Dong, Seocho-Gu, Seoul, 137-938, South Korea.

3. Upon information and belief, Defendant HYUNDAI MOTOR AMERICA, INC. is a corporation organized under the laws of California, with its principal place of business at 10550 Talbert Avenue, Fountain Valley, California 92708 and a registered agent at National Registered Agents, Inc., 818 West Seventh Street, Los Angeles, California 90017.

4. Upon information and belief, Defendant HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC is a corporation organized under the laws of Delaware, with its principal place of business at 700 Hyundai Boulevard, Montgomery, Alabama 36105 and a registered agent at The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

# JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §1, *et seq.*, including 35 U.S.C. § 271. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Defendants at least because Defendants are present within or have ongoing and systematic contacts with the United States, the State of California, and the Southern District of California. Defendants have purposefully and regularly availed themselves of the privileges of conducting business in the State of California and in the Southern District of

California. Plaintiff's causes of action arise directly from Defendants' business contacts and other activities in the State of California and in the Southern District of California. Defendants have committed acts of patent infringement in this District, and have harmed and continue to harm West View Research in this District, by, among other things, using, selling, offering for sale, and/or importing infringing products and/or services into this District.

## BACKGROUND

7. West View Research owns all right, title and interest in U.S. Patent No. 8,719,038 (the "'038 patent"), U.S. Patent No. 8,719,037 (the "'037 patent"), U.S. Patent No. 8,682,673 (the "'673 patent"), U.S. Patent No. 8,296,146 (the "'146 patent") and U.S. Patent No. 8,290,778 (the "'778 patent") (collectively, the "Patents-in-Suit").

8. Each of the Patents-in-Suit are valid and enforceable.

9. West View Research is in compliance with the marking requirements under 35 U.S.C. § 287 in that it has no duty to mark or to give notice in lieu thereof because it has no products to mark.

10. The '038 patent, entitled "Computerized Information and Display Apparatus," was duly and legally issued by the United States Patent and Trademark Office on May 6, 2014, after a full and fair examination. A copy of the '038 patent is attached hereto as Exhibit A.

11. The '037 patent, entitled "Transport Apparatus with Computerized Information and Display Apparatus," was duly and legally issued by the United States Patent and Trademark Office on May 6, 2014, after a full and fair examination. A copy of the '037 patent is attached hereto as Exhibit B.

12. The '673 patent, entitled "Computerized Information and Display Apparatus," was duly and legally issued by the United States Patent and Trademark Office on March 25, 2014, after a full and fair examination. A copy of the '673 patent is attached hereto as Exhibit C.

13. The '146 patent, entitled "Computerized Information Presentation Apparatus," was duly and legally issued by the United States Patent and Trademark Office on October 23, 2012, after a full and fair examination. A copy of the '146 patent is attached hereto as Exhibit D.

14. The '778 patent, entitled "Computerized Information Presentation Apparatus," was duly and legally issued by the United States Patent and Trademark Office on October 16, 2012 after a full and fair examination. A copy of the '778 patent is attached hereto as Exhibit E.

## COUNT I

## INFRINGEMENT OF THE '038 PATENT

15. West View Research incorporates paragraphs 1 through 14 by reference as if fully stated herein.

16. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 22, 23, 24, 25, 27, 33, 34, 35, 36, 38, 40, 41, 43, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 65, 66, 67 and 68 of the '038 patent.

17. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 1, 2, 4, 6, 7, 8, 9, 10, 11, 13, 14, 15, 16, 22, 23, 24, 25, 27, 33, 34, 35, 36, 38, 40, 41, 43, 47, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 65, 66, 67 and 68 of the '038 patent, including but not limited to 2012 and later Hyundai Vehicles with Blue Link and/or Navigation System, sold or offered for sale on or after May 6, 2014.

18. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

-3-
COMPLAINT FOR PATENT INFRINGEMENT

19. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

20. West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

## COUNT II

## INFRINGEMENT OF THE '037 PATENT

21. West View Research incorporates paragraphs 1 through 20 by reference as if fully stated herein.

22. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 22, 32, 33, 35, 36, 37, 40, 41, 48, 54, 55, 56, 57, 58, 59, 67, 68, 71, 72, 73, 75 and 76 of the '037 patent.

23. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 22, 32, 33, 35, 36, 37, 40, 41, 48, 54, 55, 56, 57, 58, 59, 67, 68, 71, 72, 73, 75 and 76 of the '037 patent, including but not limited to 2013 and later Hyundai Vehicles with Blue Link, including those both with a Navigation System and those with no Navigation System, sold on or after May 6, 2014.

24. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

25. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged

1    in an amount not presently known.

2    26.   West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

## COUNT III
## FOR INFRINGEMENT OF THE '673 PATENT

27.   West View Research incorporates paragraphs 1 through 26 by reference as if fully stated herein.

28.   Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 1, 2, 3, 4, 6, 7, 8, 10, 15, 16, 17, 18, 20, 21, 22, 23 and 24 of the '673 patent.

29.   Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 1, 2, 3, 4, 6, 7, 8, 10, 15, 16, 17, 18, 20, 21, 22, 23 and 24 of the '673 patent, including but not limited to 2012 and later Hyundai Vehicles with Blue Link and/or Navigation System, sold or offered for sale on or after March 25, 2014.

30.   West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

31.   As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

32.   West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute

create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

## COUNT IV
## FOR INFRINGEMENT OF THE '146 PATENT

33. West View Research incorporates paragraphs 1 through 33 by reference as if fully stated herein.

34. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33 and 34 of the '146 patent.

35. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 33 and 34 of the '146 patent, including but not limited to 2012 and later Hyundai Vehicles with Blue Link and/or Navigation System, sold or offered for sale on or after October 23, 2012.

36. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

37. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

38. West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View

Research is entitled to recover its reasonable and necessary fees and expenses.

## COUNT V

## FOR INFRINGEMENT OF THE '778 PATENT

39. West View Research incorporates paragraphs 1 through 38 by reference as if fully stated herein.

40. Defendants have been and are directly infringing literally and/or under the doctrine of equivalents, at least claims 1, 2, 8, 9, 10, 11, 15, 17, 18, 21, 22, 23, 24, 25, 26, 28 and 30 of the '778 patent.

41. Defendants have directly infringed, and continue to directly infringe, either literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271(a), by making, using, selling, offering for sale, and/or importing in or into the United States, without authority products that infringe at least claims 1, 2, 8, 9, 10, 11, 15, 17, 18, 21, 22, 23, 24, 25, 26, 28 and 30 of the '778 patent, including but not limited to 2012 and later Hyundai Vehicles with Blue Link and/or Navigation System, sold or offered for sale on or after October 16, 2012.

42. West View Research has no adequate remedy at law against these acts of patent infringement. Defendants' actions complained of herein are causing irreparable harm and damages to West View Research and will continue to do so unless and until Defendants are permanently enjoined by the Court.

43. As a direct and proximate result of the acts of patent infringement by Defendants, West View Research has been damaged and continues to be damaged in an amount not presently known.

44. West View Research has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute create an exceptional case within the meaning of 35 U.S.C. § 285, and West View Research is entitled to recover its reasonable and necessary fees and expenses.

## PRAYER FOR RELIEF

West View Research respectfully requests that judgment be entered in its

favor and against Defendants, and that the Court award the following relief to West View Research:

    A.    A judgment in favor of West View Research that Defendants have infringed, directly and/or indirectly, the Patents-in-Suit;

    B.    A permanent injunction against Defendants, its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement of the Patents-in-Suit, or such other equitable relief the Court determines is warranted;

    C.    A judgment and order that Defendants account for and pay all damages necessary to adequately compensate West View Research for infringement of the Patents-in-Suit, but in no event less than a reasonable royalty;

    D.    A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding West View Research its reasonable attorneys' fees against Defendants;

    E.    A judgment and order requiring Defendants to provide an accounting and to pay supplemental damages to West View Research, including without limitation, pre-judgment and post-judgment interest; and

    F.    Any and all other relief to which West View Research may be entitled.

## JURY DEMAND

West View Research hereby respectfully demands trial by jury of all issues so triable.

Dated: November 10, 2014

Respectfully submitted,

GAZDZINSKI & ASSOCIATES, P.C.

/s/ *Adam Garson*

ADAM GARSON (Bar No. 240440)
JOSH EMORY (Bar No. 247398)

Attorneys for Plaintiff
West View Research, LLC